**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LEVELL AND PAMELA GIRDY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-0341 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 13), this action is dismissed with prejudice.

SIGNED on June 11, 2013, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge